UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORNETHA MILLER,
    Plaintiff,

vs.                                         CASE NO. 8:13-CIV-952-T-17-AEP

UNITED STATES POSTAL SERVICE,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Anthony E. Porcelli on April 22, 2013 (Doc. 5). The magistrate judge recommended that the motion for *in forma pauperis* be denied and the plaintff be given time to remit the filing fee or to have the cause of action be dismissed.

Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had fourteen (14) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. No timely objections to the report and recommendation were filed.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court

should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation. Accordingly, it is

**ORDERED** that the report and recommendation, April 22, 2013 (Doc. 5) be **adopted** and **incorporated by reference**; the plaintiff's motion to proceed without payment of filing fee is **denied** and the plaintiff has up to and including June 10, 2013 to remit the filing fee or this cause of action will be dismissed.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 22nd day of May, 2013.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge